IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 8-4-2005
TIME: 10:19 Am
INITIALS: J.H.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 02-20165 |
| ) | Criminal No. 05-20248 |
| vs. ) | |
| ) | |
| STACY LAYNE BEAVERS, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER RELEASING RESTRAINED ASSETS

In the Indictment in this case, at Count 89 the government alleged that various assets of Stacy Layne Beavers were subject to forfeiture. Thereafter, pursuant to motions by the government, the court entered various restraining Orders, including the "Second Amended Post-Indictment Restraining Order" which was entered in this case on January 15, 2003 as Docket Entry No. 117.

Pursuant to agreement of the government and Stacy Layne Beavers, all Restraining Orders heretofore entered in this case involving Stacy Layne Beavers are to be canceled and all assets of Stacy Layne Beavers presently restrained are to be released. These include, but are not limited to, the interest of Stacy Layne Beavers in the following assets:

a. Real property as follows:

1) One parcel of real property located at 2424 East Windsor Drive, Denton, Texas, 76201, and being more particularly described as Lot 12, Block E of Northwood Addition, 9th Installment, an

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

     Addition to the City of Denton, Denton County, Texas, according to the plat thereof recorded in Cabinet D, Page 360, Plat Records, Denton County, Texas.

  2)  Three parcels of real estate located in Montague County, Texas a/k/a "The Durango Ranch, Ltd.", a Texas partnership.

b.  Personal property as follows:

  1)  Contents of any and all BankOne (Denton, Texas) accounts in the name of "Stacy Layne Beavers"; "Stacy Beavers"; "Association Management Group"; "Crystal Palace Recording"; "General Telemarketing, Inc."; "Universal Communications"; and/or "The Durango Ranch, Ltd."

  2)  Contents of BankOne (Denton, Texas) Account #0330008418 in the name of "Association Management Group."

  3)  Contents of BankOne (Denton, Texas) Account #0330011164 in the name of "Crystal Palace Recording."

  4)  Contents of BankOne (Denton, Texas) Account #0330008715 in the name of "General Telemarketing, Inc." Interest Stacy Beavers

  5)  The interest of Stacy Beavers in the contents of BankOne (Denton, Texas) Account #330008164 in the name of "Stron Direct Marketing," d/b/a "Universal Communications."

  6)  The interest of Stacy Beavers, Shelly Titterington, Ryan Titterington, Darren Titterington and Richard Titterington II in the contents of BankOne (Denton, Texas) Account #1885930378 in the name of "The Durango Ranch, Ltd."

  7)  The interest of Stacy Beavers in the contents of any and all Bank of Montreal accounts in the name of "Stacy Layne Beavers"; "Stacy Beavers"; "Association Management Group"; "Crystal Palace Recording"; "General Telemarketing, Inc."; "Providence Marketing Corp."; "Stron Direct Marketing"; "Universal Communications"; and/or "The Durango Ranch, Ltd." Interest of Stacy Beavers 7-16

  8)  The interest of Stacy Beavers in the contents of Bank of Montreal Account (account number unknown) in the name of "Providence Marketing Corp."

2

9) The interest of Stacy Beavers in the contents of any and all HSBC Bank Canada accounts in the name of "Stacy Layne Beavers"; "Stacy Beavers"; "Association Management Group"; "Crystal Palace Recording"; "General Telemarketing, Inc."; "Providence Marketing Corp."; "Stron Direct Marketing"; "Universal Communications"; and "The Durango Ranch, Ltd."

10) The interest of Stacy Beavers in the contents of HSBC Bank Canada Account #425139001 in the name of "Providence Marketing Corp.";

11) The interest of Stacy Beavers in the contents of Hong Kong Bank of Canada n/k/a HSBC Bank Canada Account #240756282001 in the name of "ITA Enterprises."

12) The interest of Stacy Beavers in the contents of any and all Hong Kong Bank of Canada accounts in the name of "Stacy Layne Beavers"; "Stacy Beavers"; "Association Management Group"; "Crystal Palace Recording"; "General Telemarketing, Inc."; "Providence Marketing Corp."; "Stron Direct Marketing"; "Universal Communications"; and "The Durango Ranch, Ltd."

13) The interest of Stacy Beavers in the contents of Hong Kong Bank of Canada n/k/a HSBC Bank Canada Account #167059702 in the name of "Providence Marketing Corp."; Wayne Budd, Stacey Beavers and/or Michael Cole.

14) The interest of Stacy Beavers in the contents of any and all Bank of NovaScotia accounts in the name of "Stacy Layne Beavers"; "Stacy Beavers"; "Association Management Group"; "Crystal Palace Recording"; "General Telemarketing, Inc."; "Providence Marketing Corp."; "Stron Direct Marketing"; "Universal Communications"; and "The Durango Ranch, Ltd."

15) The interest of Stacy Beavers in the contents of Bank of Nova Scotia Account #724939 in the name of "Providence Marketing Corp."; Wayne Budd, Stacey Beavers and/or Michael Cole.

16) The interest of Stacy Beavers, Shelly Titterington, Ryan Titterington, Darren Titterington and Richard Titterington II in the contents of any and all Bank of Nova Scotia accounts in the name of "Stacy Layne Beavers"; "Stacy Beavers"; "Association Management Group"; Crystal Palace Recording"; "General Telemarketing, Inc."; "Providence Marketing Corp."; "Stron Direct Marketing"; "Universal Communications"; and/or "The Durango Ranch, Ltd."

One of the restrained assets referred to in the "Second Amended Post-Indictment Restraining Order" is known as the "Durango Ranch" [see pages 44-45, paragraph a (2)]. This real property is owned by a Texas Limited Partnership; Stacy Layne Beavers and Michael Cole are the general partners while Shelly Titterington, Ryan Titterington, Darren Titterington and Richard Titterington II are the limited partners.

Any interest of Shelly Titterington, Ryan Titterington, Darren Titterington and Richard Titterington II in the Durango Ranch that is restrained should also be released. Only the interest, if any, of Michael Cole, should remain subject to the restraining orders of this Court.

Therefore, by agreement of the parties, it is hereby **ORDERED** that

(1) The Court's "Second Amended Post-Indictment Restraining Order" is withdrawn insofar as it restrains any assets of Stacy Layne Beavers;

(2) There is no restraint upon the interests of Shelly Titterington, Ryan Titterington, Darren Titterington, and Richard Titterington II in the real property known as the "Durango Ranch";

(3) Any interest of Michael Cole in the Durango Ranch which has been restrained remains restrained pending further orders of this Court.

(4) To the extent that any property has been restrained which is not specifically listed in the "Second Amended Post-Indictment Restraining Order" which was entered in this case on January 15, 2003 as Docket Entry No. 117, such property is to be unrestrained.

ENTER this the 4 day of August, 2005.

BERNICE BOUIE DONALD
United States District Judge

APPROVED FOR ENTRY:

By: _____
DAN L. NEWSOM, Esq.
Senior Litigation Counsel
U.S. Attorney's Office
Western District of Tennessee

By: _____
CHRISTOPHER E. COTTON, Esq.
Assistant United States Attorney
U.S. Attorney's Office
Western District of Tennessee

By: _____
ROBERT W. RITCHIE, Esq.
Attorney for Stacy Layne Beavers

By: _____
STEPHEN ROSS JOHNSON, Esq.
Attorney for Stacy Layne Beavers

By: _____
KEMPER B. DURAND, Esq.
Attorney for Stacy Layne Beavers

5

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20248 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Dan Newsom
US ATTORNEY'S OFFICE
167 N Main St
Ste 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable Bernice Donald
US DISTRICT COURT