IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   CRIM. NO. 2:05cr20248-01-D
                                     )
                                     )
STACY LAYNE BEAVERS,                 )   **MOTION DENIED**
                                     )   DATE: 9-16-2005
        Defendant.                   )
                                         BERNICE BOUIE DONALD
                                         U.S. DISTRICT JUDGE

## MOTION FOR MODIFICATION OF CONDITIONS OF PROBATION

Comes the defendant, Stacy Layne Beavers, by and through counsel and respectfully moves the Court for an order modifying the conditions of her probation so as to permit some involvement with the family business, General Telemarketing International, Inc., and in support thereof, avers:

(1) On the 4th day of August, 2005, the Court imposed judgment in the above-captioned matter.

(2) As an additional condition of probation, the Court required that the defendant shall not participate in telemarketing businesses during the term of probation.

(3) General Telemarketing International, Inc., was a business begun by the defendant's father and is largely owned by members of the Titterington family. The nature of the business is to service the telemarketing needs of a number of legitimate and well-recognized businesses.

1

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



(4) The defendant's father, Richard Y. Titterington, passed away in December, 2004. Since his passing, the defendant has been called upon to act as a liaison between the outside certified public accountant and the in-house accounting department. It has been her responsibility to monitor the cash position of the company on a daily basis and to respond to questions regarding financial matters in discussions with management, outside CPA, and in-house accounting.

(5) Although the defendant has completed the educational requirements to become a licensed practical nurse, and is now enrolled in further training to become a registered nurse, her family and the business are placed in a very difficult position if she is unable to provide the assistance which she was providing prior to the entry of the Judgment in this case.

(6) Should the Court require any additional information in regard to this matter, counsel for the defendant will be glad to appear before the Court and respond to any concerns which the Court may have.

Respectfully submitted this ____ day of September, 2005.

RITCHIE, FELS & DILLARD, P.C.

*[signature]*

ROBERT W. RITCHIE (#000777)
WADE V. DAVIES (#016052)
STEPHEN ROSS JOHNSON (#022140)
Counsel for Stacy Layne Beavers
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing motion was forwarded to the following this 2nd day of September, 2005:

        Dan L. Newsom, Esq.
        Assistant United States Attorney
        167 North Main Street
        Memphis, TN  38103

*/s/ signature*
ROBERT W. RITCHIE
WADE V. DAVIES
STEPHEN ROSS JOHNSON

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20248 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Dan Newsom
US ATTORNEY'S OFFICE
167 N Main St
Ste 800
Memphis, TN 38103

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Honorable Bernice Donald
US DISTRICT COURT